FOIA Summons (12/11) (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Civil Process Clerk, U.S. Attorney's Office for D.C.
was received by me on *(date)* November 7, 2017 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* I mailed the summons and complaint via certified mail (tracking no. 7015 3010 0001 9094 1991) to 555 4th St. NW, Washington DC 20530 on November 7, 2017. The attached printout confirms that the summons and complaint were received on November 20, 2017.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: November 20, 2017

/s/ Matthew Strugar
*Server's signature*

Matthew Strugar
*Printed name and title*

3435 Wilshire Blvd., Suite 2910
Los Angeles, CA 90010

*Server's address*

Additional information regarding attempted service, etc:

# USPS Tracking®

FAQs › (http://faq.usps.com/?articleId=220900)

Track Another Package +

**Tracking Number:** 70153010000190941991

Remove ✕

Your item was delivered at 4:30 am on November 20, 2017 in WASHINGTON, DC 20530.

## ✓ Delivered

November 20, 2017 at 4:30 am
DELIVERED
WASHINGTON, DC 20530

Get Updates ⌄

---

Text & Email Updates ⌄

---

Tracking History ⌄

---

Product Information ⌄

---

See Less ⌃

## Can't find what you're looking for?

Go to our **FAQs (http://faq.usps.com/?articleId=220900)** section to find answers to your tracking questions.

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* U.S. Department of Veterans Affairs
was received by me on *(date)* November 7, 2017 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: I mailed the summons and complaint via certified mail (tracking no. 7015 3010 0001 9094 2004) to 801 Vermont Ave. NW, Washington DC 20420 on November 7, 2017. The attached printout confirms that the summons and complaint were received on November 14, 2017.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: November 20, 2017

/s/ Matthew Strugar
*Server's signature*

Matthew Strugar
*Printed name and title*

3435 Wilshire Blvd., Suite 2910
Los Angeles, CA 90010
*Server's address*

Additional information regarding attempted service, etc:

# USPS Tracking®

FAQs › (http://faq.usps.com/?articleId=220900)

Track Another Package +

**Tracking Number:** 70153010000190942004                                Remove ✕

**Expected Delivery on**

**TUESDAY**
**14** NOVEMBER 2017 ⓘ | by **8:00pm** ⓘ

✓ **Delivered**

November 14, 2017 at 5:24 am
DELIVERED
WASHINGTON, DC 20420

Get Updates ⌄

---

Text & Email Updates ⌄

---

Tracking History ⌄

---

Product Information ⌄

---

See Less ⌃

FOIA Summons (12/11) (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* United States Attorney General

was received by me on *(date)* November 7, 2017 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* I mailed the summons and complaint via certified mail (tracking no. 7015 3010 0001 9094 2011) to 950 Pennslyvania Ave NW, Washington DC 20530 on November 7, 2017. The attached printout confirms that the summons and complaint were received on November 14, 2017.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: November 20, 2017

/s/ Matthew Strugar
*Server's signature*

Matthew Strugar
*Printed name and title*

3435 Wilshire Blvd., Suite 2910
Los Angeles, CA 90010

*Server's address*

Additional information regarding attempted service, etc:

USPS.com® - USPS Tracking® Results    https://tools.usps.com/go/TrackConfirmAction?tLabels=70153010...

# USPS Tracking®

FAQs › (http://faq.usps.com/?articleId=220900)

Track Another Package +

**Tracking Number:** 70153010000190942011

Remove ✕

Expected Delivery on

**TUESDAY**
**14** NOVEMBER 2017 ⓘ

by **8:00pm** ⓘ

✓ **Delivered**

November 14, 2017 at 5:26 am
DELIVERED
WASHINGTON, DC 20530

Get Updates ˅

Text & Email Updates ˅

Tracking History ˅

Product Information ˅

See Less ˄