UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WHITE COAT WASTE PROJECT,<br><br>Plaintiff<br><br>v.<br><br>DEP'T VETERANS AFFAIRS,<br><br>Defendant. | Civil Action No. 17-2264 (EGS)<br>(ECF) |

## SETTLEMENT AGREEMENT AND STIPULATION OF DISMISSAL

White Coat Waste Project ("WCW" or "Plaintiff") and the United States Department of Veterans Affairs ("Defendant" or "VA") (collectively "the parties"), by and through the undersigned counsel have reached an agreement to resolve this action commenced by Plaintiff under the Freedom of Information Act, 5 U.S.C. § 552, et seq. ("FOIA"). The parties have reached this agreement on the terms set forth below:

1. The parties agree to settle and compromise any claim arising from the above-captioned action, including any right to appeal the district court's award of attorneys' fees.

2. Defendant agrees to pay Plaintiff $33,193.30 in full satisfaction of the attorneys' fees and expenses incurred in this litigation. Payment shall be made by check payable to Law Office of Matthew Strugar, 3435 Wilshire Blvd., Suite 2910 Los Angeles, CA 90010.

3. This payment shall constitute full and final payment for all attorneys' fees, expenses, and costs for this litigation. This figure is inclusive of any interest. Defendant shall effect payment no later than thirty (30) days of the effective date of this Settlement Agreement. Plaintiff and Plaintiff's counsel shall cooperate with VA to insure that all documentation required to process this payment is complete and accurate.

4.     The name of the principal investigator of the protocol shall be released within seven (7) days of the ratification of this order.

5.     The parties agree that the Court may dismiss this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a) upon the filing of this Stipulation, provided that if either party certifies to the Court that the agreed consideration for settlement has not been paid within 30 days from the date hereof, the Court's order dismissing this action shall stand vacated.

6.     Plaintiff hereby releases and forever discharges Defendant and all of its officers, employees, agents, successors and assigns from any claims and causes of action that Plaintiff asserted or could have asserted in this litigation, including past, present, or future claims for attorneys' fees, expenses, or costs in connection with this litigation, including any litigation or administrative proceedings that Plaintiffs brought or could have brought concerning the specific FOIA request on which this action is based.

7.     This Stipulation of Settlement shall not constitute an admission of liability or fault on the part of the Defendant or the United States or their agents, servants, or employees, and is entered into by both parties for the sole purpose of compromising disputed claims and avoiding the expenses and risks of further litigation.

8.     The parties agree that this settlement agreement may be executed in several counterparts, with a separate signature for each party. All such counterparts and signature pages, together, shall be deemed one document.

9.     This Stipulation is binding upon and inures to the benefit of the parties hereto and their respective successor and assigns.  It is the parties' intention that this filing conclude the litigation in this case, and the case is dismissed with prejudice.

10. The parties agree that this Stipulation of Settlement will not be used as evidence or otherwise in any pending or future civil or administrative action against Defendant or the United States, or any agency or instrumentality of the United States.

11. Each signatory to this Agreement represents and warrants that he or she is fully authorized to enter into this Agreement on behalf of the persons or entities indicated below, and has done so freely and voluntarily, without any degree of duress or compulsion.  This Agreement is effective when signed by all parties hereto.

12. Execution of this Stipulation of Settlement by counsel for Plaintiff and by counsel for Defendant shall constitute a dismissal of these actions with prejudice, effective upon order of the Court, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).

13. This Court shall retain jurisdiction for the sole purpose of enforcing this stipulation.

May 1, 2020

Respectfully submitted

/s/ Matthew Strugar

Matthew Strugar
Law Office of Matthew Strugar
3435 Wilshire Blvd., Suite 2910
Los Angeles, CA 90010
323-696-2299
matthewstrugar.com

*Attorney for Plaintiff*

TIMOTHY J. SHEA, D.C. Bar #437437
United States Attorney

DANIEL F. VANHORN
D.C. Bar Number 924092

Chief, Civil Division

/s/ Kenneth Adebonojo
KENNETH ADEBONOJO
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530
Telephone: (202) 252-2562
Facsimile: (202) 252-2599
Email: kenneth.adebonojo@usdoj.gov

*Attorneys for the United States*